IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIE MICHELLE LANDON,

    Plaintiff,

v.                                                                                      CV No. 18-309 CG

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
Social Security Administration,

    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines*, (Doc. 15), filed August 20, 2018. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision on or before **August 30, 2018**;

2. Defendant shall file a Response on or before **October 29, 2018**; and

3. Plaintiff may file a Reply on or before **November 13, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE