**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARIE MICHELLE LANDON,

       Plaintiff,

v.                                                                                        CV No. 18-309 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

       Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines*, (Doc. 20), filed November 13, 2018. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff may file a Reply to her Motion to Reverse or Remand Administrative Agency Decision on or before **December 4, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE