IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIE MICHELLE LANDON,

    Plaintiff,

v.                                                                                     No. CV 18-309 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## **FINAL JUDGMENT**

Pursuant to the *Memorandum Opinion and Order*, (Doc. 24), which granted Plaintiff's *Motion to Reverse and Remand for a Rehearing With Supporting Memorandum*, (Doc. 17), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

    **IT IS SO ORDERED.**

                                                    _____
                                                    THE HONORABLE CARMEN E. GARZA
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE